IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CR165-17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PHILLIP IRBY ROBBINS, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS CAUSE coming before the undersigned, pursuant to a Motion to Continue (#341) filed herein by defendant's counsel on May 14, 2007, and it appearing to the court that good cause has been shown for the granting of said motion.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the Motion to Continue (#341) be **ALLOWED** and continued until May 17, 2007.

Signed: May 22, 2007

Dennis L. Howell
United States Magistrate Judge